## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03018-PAB

RUSTY L. BOWER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 19] of Judge Philip A. Brimmer entered on March 31, 2016, it is

**ORDERED** that the decision of the Commissioner that plaintiff Rusty L. Bower was not disabled is **AFFIRMED**.  It is further

**ORDERED** that judgment is hereby entered in favor of defendant CAROLYN W. COLVIN, Acting Commissioner of Social Security, and against plaintiff RUSTY L. BOWER.  It is further

**ORDERED** that defendant is **AWARDED** her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 31st day of March, 2016.

                                              FOR THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                 By:  s/   Kathy Preuitt-Parks

                                              Kathy Preuitt-Parks
                                              Deputy Clerk